THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v.
WILLIAM SANBORN et al., Appellants.

(Submitted October 8, 1889; decided October 22, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made December 30, 1887, which affirmed a judgment of the
Court of Sessions of Allegany county convicting defendants
of the crime of grand larceny, second degree.

*Richardson & Robbins* for appellants.

*Oscar A. Fuller* for respondent.

Agree to affirm; no opinion.
All concur, except PECKHAM and GRAY, JJ., dissenting.
Judgment affirmed.